No. 82–5160. CONNOR v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 82–5192. DREW v. U. S. DEPARTMENT OF THE NAVY ET AL. C. A. D. C. Cir. Certiorari denied.

No. 82–5247. GREEN v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 82–5313. GRIFFIN v. ROSE, WARDEN, TENNESSEE STATE PENITENTIARY, ET AL. C. A. 6th Cir. Certiorari denied.

No. 82–5314. BRAMBLE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 82–5339. BOWMAN v. UNITED STATES DEPARTMENT OF JUSTICE, FEDERAL PRISON SYSTEM. C. A. 4th Cir. Certiorari denied.

No. 82–5440. SISK ET AL. v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 82–5443. EVANS v. FENTON, SUPERINTENDENT, NEW JERSEY STATE PRISON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 82–5529. CRUZ v. SCULLY, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY, ET AL. C. A. 2d Cir. Certiorari denied.

No. 82–5538. PAGE v. GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 82–5540. MILLER v. ESTELLE, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Certiorari denied.

No. 82–5543. LEGG v. FAYETTE COUNTY ET AL. C. A. 4th Cir. Certiorari denied.

No. 82–5546. KNIGHT v. VIRGINIA. Sup. Ct. Va. Certiorari denied.